[No. 19332-9-II.    Division Two.    February 21, 1997.]

*In the Matter of the Marriage of* OLIVE BOUAULT, *Appellant, and* GARY MYERS, *Respondent.*

Appeal from a judgment of the Superior Court for Pierce County, No. 84-3-04390-2, Frederick W. Fleming, J., entered March 3, 1995. Order of dismissal is *reversed* and the order of contempt is *affirmed* by unpublished opinion per Armstrong, J., concurred in by Houghton, C.J., and Bridgewater, J.

[No. 19669-7-II.    Division Two.    February 21, 1997.]

SHIRLEY ROSS, *Respondent*, v. WESTERN NATIONAL ASSURANCE COMPANY, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 92-2-01319-9, Grant L. Anderson, J., entered June 16, 1995. *Reversed* by unpublished opinion per Houghton, C.J., concurred in by Bridgewater and Armstrong, JJ.

[No. 19760-0-II.    Division Two.    February 21, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. LANDON HARVILL, *Appellant.*

Appeal from a judgment of the Superior Court for Cowlitz County, No. 95-8-00120-6, David Hallin, J. Pro Tem., entered July 11, 1995. *Affirmed* by unpublished opinion per Houghton, C.J., concurred in by Seinfeld and Armstrong, JJ.

[No. 19998-0-II.    Division Two.    February 21, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. JERILYN RENE WALLACE, *Appellant.*

Appeal from a judgment of the Superior Court for Clark County, No. 95-1-00936-1, Roger A. Bennett, J., entered October 12, 1995. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Houghton, C.J., and Seinfeld, J.